IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED ACCELERATOR APPLICATIONS USA, INC. and ADVANCED ACCELERATOR APPLICATIONS SA,<br><br>                        Plaintiffs,<br><br>  v.<br><br>CURIUM US LLC, CURIUM US HOLDINGS LLC, CURIUM NETHERLANDS BV, CURIUM INTERNATIONAL TRADING BV,<br>                        Defendants. | C.A. No. 25-1156-MN |

## CURIUM NETHERLANDS BV'S DECLARATION IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Xavier Defourt, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following facts are true and correct to the best of my knowledge, information, and belief.

1.    I am a Director for Curium Netherlands BV. As such, I have personal knowledge of the facts set forth in this Declaration. I am over the age of 18 and could competently testify about the facts set forth herein if called upon to do so.

2.    I submit this Declaration in support of Curium Netherlands BV and Curium International Trading BV's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim.

3.    Curium Netherlands BV is organized under the laws of the Netherlands with its principal place of business at Westerduinweg 3, 1755 LE, Petten, Netherlands.

4.    Curium Netherlands BV is not a Delaware entity and has never been authorized, registered, or qualified to do business in the State of Delaware.

5.  Curium Netherlands BV does not maintain a registered agent for service of process in Delaware.

6.  Curium Netherlands BV does not have an office, place of business, or manufacturing or testing facility in Delaware.

7.  No Curium Netherlands BV officer, employee, agent, or representative maintains an office in Delaware.

8.  Curium Netherlands BV does not have an interest in and does not use or possess any real or personal property in the State of Delaware.

9.  Curium Netherlands BV does not maintain a mailing address, telephone number, or bank account in the State of Delaware.

10. Curium Netherlands BV has never transacted any business, performed any character of work, or provided any services in Delaware, or directed any advertising towards residents of Delaware.

11. Curium Netherlands BV was not involved in the preparation or submission of NDA No. 218525 to the FDA.

12. Curium Netherlands BV was not involved in the preparation or mailing of the September 5, 2024 Notice Letter.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on January 8, 2026 at Brussels, Belgium.

_____
Xavier Defourt